# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:25-CR-75·MR·WCM |
| v. | **BILL OF INDICTMENT** |
| MITCHELL LEON HUGHES | Violations:<br>18 U.S.C. § 922(g) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 23, 2024, in Cherokee County, within the Western District of North Carolina, the defendant

**MITCHELL LEON HUGHES**

knowing he had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed a firearm in and affecting interstate commerce, that being a Glock, Model 17, 9mm caliber pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on one or more of the grounds stated above:

1. A Glock, Model 17, 9mm caliber pistol;

2. Two 9mm ammunition magazines; and

3. Approximately 39 rounds of 9mm caliber ammunition.

A TRUE BILL:

Gr

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott
Assistant United States Attorney

2